## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **TODD OLEN TILLMAN** ) | |
| ) | **CASE NO.: 14-71540** |
| **Debtor.** ) | **CHAPTER 13** |

### LIMITED OPPOSITION AND RESPONSE TO
### MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust as transferor of Claim No. 12 held by Wells Fargo Bank, N.A. ("Creditor"), a secured creditor in the above-captioned case, by and through counsel, and files its limited opposition and response to Motion to Sell Property Free and Clear of Liens (the "Motion") (Document No. 51), and states as follows:

1.  Debtor has negotiated the sale of the property located at 2608 Pebblewood Drive, Valdosta, GA 31602 (the "Property") for a total purchase price of $205,000.00.

2.  In Debtor's Motion, Debtor asserts that the Property is secured by a first lien with Creditor in the approximate amount of $135,000.00 (Claim No. 12).

3.  Debtor further asserts that the proceeds of the sale shall be applied to the indebtedness owed by the Debtor to Creditor, such that Creditor will be paid in full.

4.  Creditor files this limited opposition to the Motion to address one item: Creditor opposes any distribution of proceeds from the sale that does not pay Creditor's debt in full distributions to other liens. So long as Creditor is paid in full as the lien in first position, Creditor has no objection to the sale.

5.      Creditor reserves the right to supplement or amend this objection should it become necessary.

Date: 07/24/2019            __/s/ Erin M. Rose Quinn_____
Erin M. Rose Quinn, Esq.
Georgia Bar Number 547833
Bowen Quinn, P.A.
25400 US Hwy 19 N, Suite 150
Clearwater, FL 33763
Phone: 727-474-9603
Fax: 727-474-9583
eservice@bowenquinn.com

## CERTIFICATE OF SERVICE

Notice by first class mail or electronic mail was sent to the following persons/entities by Erin M. Rose Quinn, Esq. on July 25, 2019:

Todd Olen Tillman
2608 Pebblewood Dr.
Valdosta, GA 31602

Kristin Hurst, Trustee
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

William Orson Woodall, Esq.
P.O. Box 3335
1003 Patterson Street
Valdosta, GA 31604
Email: will@orsonwoodall.com

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201

Bowen Quinn, P.A.
25400 US Hwy 19 N, Suite 150
Clearwater, FL 33763
Phone: 727-474-9603
Fax: 727-474-9583
eservice@bowenquinn.com
kmiller@bowenquinn.com

By: _/s/ Erin M. Rose Quinn_____
Erin M. Rose Quinn, Esq.
Georgia Bar No. 547833