**SO ORDERED.**

**SIGNED this 2 day of August, 2019.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**In Re:**

**TODD OLEN TILLMAN**

**CASE NO.: 14-71540**

**Debtor.**                                                      **CHAPTER 13**

_____/

### CONSENT ORDER RESOLVING THE LIMITED OPPOSITION AND RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS [DOCUMENT NO. 53]

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust as transferor of Claim No. 12 held by Wells Fargo Bank, N.A. ("Creditor"), a secured creditor in the above-captioned case, has filed a Limited Opposition and Response to Motion to Sell Property Free and Clear of Liens (Document No. 53). Creditor and Debtor have agreed that, upon finalization of the

sale of the property located at 2608 Pebblewood Drive, Valdosta, GA 31602 (the "Property"),

Creditor's aforementioned claim shall be paid in full as the lien in first position.

**END OF DOCUMENT**

Order prepared by:

__/s/ Erin M. Rose Quinn_____
Erin M. Rose Quinn, Esq.
Georgia Bar Number 547833
Attorney for Creditor
Bowen Quinn, P.A.
25400 US Hwy 19 N, Suite 150
Clearwater, FL 33763
eservice@bowenquinn.com

Consented to by:

__/s/ William Orson Woodall_____ (with express permission)
William Orson Woodall, Esq.
Georgia Bar Number 775043
Attorney for Debtor
P.O. Box 3335
Valdosta, GA 31604
ow@orsonwoodall.com

Consented to by:

__/s/ Kristin Hurst_____ (with express permission)
Kristin Hurst, Esq.
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

## DISTRIBUTION LIST

Todd Olen Tillman
2608 Pebblewood Dr.
Valdosta, GA 31602

William Orson Woodall, Esq.
P.O. Box 3335
1003 Patterson Street
Valdosta, GA 31604
will@orsonwoodall.com

Erin M. Rose Quinn, Esq.
25400 US Hwy 19 N, Suite 150
Clearwater, FL 33763
eservice@bowenquinn.com

Kristin Hurst, Trustee
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201